

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-15-00012-CV

John E. **RODARTE**, Sr.,
Appellant

v.

Ralph **LOPEZ**, et al,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18884
Honorable Michael E. Mery, Judge Presiding

# O R D E R

John E. Rodarte appeals the trial court's order denying his bill of review. The clerk's record has been filed. The clerk's record reflects that no reporter's record was taken of the October 20, 2014 telephonic hearing that resulted in the final order. Accordingly, we order appellant's brief due June 19, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court